NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRYAN PRINGLE, an individual, | Case No. SACV 10-1656 JST(RZx) |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF BRYAN PRINGLE'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN PARTIES WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS** |
| v. | |
| WILLIAM ADAMS, JR.; STACY FERGUSON; ALLAN PINEDA; and JAIME GOMEZ, all individually and collectively as the music group The Black Eyed Peas, *et al.*, | |
| Defendants. | |

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

Upon the Stipulation of the parties to this action, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiff's Motion for Voluntary Dismissal of the remaining defendants without prejudice and without fees or costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. 262) is continued to May 14, 2012, at 10:00 a.m.;

2. Remaining defendants' papers in opposition to the motion shall be filed on or before April 23, 2012; and

3. Plaintiff's reply papers in further support of the motion, if any, shall be filed on or before April 30, 2012.

4. In light of the issues raised in the parties' Joint Status Report (Doc. 264), the Court will consider the appropriateness of granting summary judgment *sua sponte* in favor of remaining defendants, under Rule 56(f). The parties should use their Opposition and Reply briefs to address this issue.

Dated: April 16, 2012

HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1