JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRYAN PRINGLE, an individual, | Case No. SACV 10-1656 JST(RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WILLIAM ADAMS, JR.; STACY FERGUSON; ALLAN PINEDA; and JAIME GOMEZ, all individually and collectively as the music group The Black Eyed Peas; DAVID GUETTA; FREDERICK RIESTERER; UMG RECORDINGS, INC; INTERSCOPE RECORDS; EMI APRIL MUSIC, INC.; HEADPHONE JUNKIE PUBLISHING, LLC; WILL.I.AM. MUSIC, LLC; JEEPNEY MUSIC, INC.; TAB MAGNETIC PUBLISHING; CHERRY RIVER MUSIC CO.; SQUARE RIVOLI PUBLISHING; RISTER EDITIONS; and SHAPIRO, BERNSTEIN & CO., | |
| Defendants. | |

Summary judgment having been granted by this Court in favor of all defendants as to all remaining claims, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendants.

Any motion by Defendants for sanctions, attorneys' fees and expenses shall be filed on or before 14 days after entry of Judgment, and shall include all bases for such relief in one combined, omnibus motion.

**IT IS SO ORDERED.**

Dated: May 15, 2012

By: _____
Hon. Josephine Staton Tucker
United States District Judge

JUDGMENT

1